# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3808

_____

LATIFA BALDWIN,

   Appellant,

v.

HENRY L. GAINER,

   Appellee.

_____

On appeal from the County Court for Bay County.
Timothy C. Campbell, Judge.

May 2, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Latifa Baldwin, Appellant, pro se.

No appearance for Appellee.